### DARK v. WESTINGHOUSE ELECTRIC SUPPLY CO.
### No. 2953.

Court of Civil Appeals of Texas. El Paso. Jan. 18, 1934.

Ramey, Calhoun, Marsh & Higgins, of Tyler, for appellant.

Fred J. Dudley & Associates, of Dallas, for appellee.

894

.WALTHALL, Justice.

In this appeal neither appellant nor appellee has filed briefs in this court. For this reason the appeal is by this court, of its own motion, dismissed.